# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00736-CV

## In re Grayco Builders, LLC; Grayco SS Phase I 2011, LP; and Grayco SS Phase II 2011, LP

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

On the present record, without prejudice to refiling, the petition for writ of mandamus and motion for temporary relief are denied. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Filed: November 26, 2014